# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2009

138312

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re DYLAN TYLER HALL, BRANDI NICOLE
HALL, and FELICITY JASMINE FILBRANDT,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellant,

v

                                       SC: 138312
                                       COA: 285683
                                       Kalkaska Trial Court
                                       Family Division:
                                       07-003955-NA

KIMBERLEE FILBRANDT,
         Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered. We ORDER the Kalkaska Trial Court Family Division, no later than 14 days from the date of this order, to appoint attorney Matthew C. Connolly to represent the respondent in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the respondent in this Court. We DIRECT the respondent's appointed counsel to answer the application for leave to appeal within 28 days of the date of the order of appointment.

      The application for leave to appeal remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2009 _____

s0331

_____
Clerk